UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM NEAL TONEY                                                                    PLAINTIFF

V.                            3:17CV00319 KGB/JTR

MARTY BOYD, Sheriff, Craighead County; and
CRAIGHEAD COUNTY DETENTION CENTER                                DEFENDANTS

### RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to this Recommendation. Objections must be specific and include the factual or legal basis for disagreeing with the Recommendation. An objection to a factual finding must specifically identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of the objections must be received by the Clerk of this Court within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

## I. Discussion

Plaintiff William Neal Toney is a pretrial detainee at the Craighead County Detention Center. He has filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights. Doc. 1.

On January 22, 2018, the Court ordered Toney to either pay the $400 filing fee in full or file an Application to Proceed *In Forma Pauperis*. Doc. 2. The Court also advised Toney that, pursuant to Local Rule 5.5(c)(2), this case would be dismissed, without prejudice, if he failed to timely and properly do so. *Id.*

As of the date of this Recommendation, Toney has failed to comply with the January 22, 2018 Order. The time to do so has expired.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Toney's Complaint *(Doc. 1)* be DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 27th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE