IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM NEAL TONEY                                                                                        PLAINTIFF

v.                                    Case No. 3:17-cv-00319-KGB/JTR

MARTY BOYD, Sheriff, Craighead County,
and CRAIGHEAD COUNTY
DETENTION CENTER                                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States District Magistrate Judge J. Thomas Ray (Dkt. No. 5). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 5). Accordingly, plaintiff William Neal Toney's complaint is dismissed without prejudice.

It is therefore ordered that:

1. The Court dismisses without prejudice Mr. Toney's complaint for failure to prosecute (Dkt. No. 1).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 26th day of June, 2018.

_____
Kristine G. Baker
United States District Judge