IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLIAM NEAL TONEY**                                                                                            **PLAINTIFF**

**v.**                        Case No. 3:17-cv-00319-KGB/JTR

**MARTY BOYD, Sheriff, Craighead County,**
**and CRAIGHEAD COUNTY**
**DETENTION CENTER**                                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff William Neal Toney's complaint is dismissed without prejudice.

So adjudged this the 26th day of June, 2018.

_____
Kristine G. Baker
United States District Judge